Entered on Docket
October 07, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

BARREL STOP WINERY, LLC.,  No. 11-12824

          Debtor(s).
_____/

Status Conference Order
_____

     This Chapter 11 case came on for status conference this date. The court considered the debtor's status conference statement, the representations of its counsel, the interests of creditors, and the comments of the U.S. Trustee. Pursuant to the court's authority under § 105 of the Bankruptcy Code, and good cause appearing therefor,

     IT IS ORDERED that this case shall be converted to Chapter 7 on January 15, 2012, if a plan has not been confirmed by then.

Dated: October 7, 2011

                                                    Alan Jaroslovsky
                                                    U.S. Bankruptcy Judge